**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**FRANK MAKI,**

              **Plaintiff,**

      v.                                           **No. 3:14-cv-08
                                                    (TJM/DEP)**

**THE TRAVELERS COMPANIES,**

              **Defendant.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**THOMAS J. McAVOY
Senior United States District Judge**

## DECISION and ORDER

This *pro se* action was referred to the Hon. David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c). In his Report, Recommendation and Order (dkt. # 4), Magistrate Judge Peebles ordered that Plaintiff's *in forma pauperis* application (dkt. # 2) be granted and recommended, *inter alia*, that the Complaint (dkt. # 1) be dismissed with leave to amend.

Plaintiff filed no objections to the Report, Recommendation and Order but has filed an Amended Complaint (dkt. # 6). Accordingly, the Court **ADOPTS** the Report, Recommendation and Order for the reasons stated therein. The Complaint (dkt. # 1) is **DISMISSED** and **SUPERSEDED** in all respects by the Amended Complaint. The Court offers opinion as to the legal viability of the claims put forth in the Amended Complaint.

**IT IS SO ORDERED.**

**Dated: December 19, 2014**